

3 Executive Campus
Suite 350
Cherry Hill, NJ 08002-4114
Tel: 856.406.1268

**www.fmglaw.com**

**WILLIAM W. CHENEY, III**
Partner

Writer's Direct Access
484.678.4221

WCheney@fmglaw.com

March 19, 2024

<u>*Via E-Filing Only*</u>

Honorable Elizabeth A. Pascal
United States Magistrate Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Copper Streets, Courtroom 5C
Camden, NJ 08101

    Re:    **Spiegel, et. al. v. Goldin Auctions, LLC, et. al.**
            **Civil Action No.: 1:23-cv-1202-KMW**
            **Joint Letter Requesting Continuance of Settlement Conference**

Dear Judge Pascal,

    As discussed during our March 4 status conference, we write concerning the settlement conference scheduled for March 26 under the current scheduling order. *See* ECF No. 23 at 3. We have shared the letter with counsel for Goldin Auctions, LLC and Kenneth Goldin (collectively, "<u>Goldin</u>"), and they agreed to our filing this as a joint letter.

    Consistent with counsel's report at the status conference, Goldin has started producing documents, and they intend to produce additional documents over the coming weeks. At this stage, however, the parties agree that it would be more productive to postpone next week's settlement conference until more discovery has been exchanged and the case record has been more fully developed. In particular, subject of course to Your Honor's availability, the parties submit that rescheduling the settlement conference for a date in June or July is likely to be more productive, and we respectfully ask the Court to reschedule the settlement conference within that timeframe.

    Thank you in advance for the Court's assistance and consideration of this mutual request.

                Respectfully,

                */s/ William W. Cheney*

                William W. Cheney, III

WWC/mlb
cc:  All counsel of record (via ECF)