

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948

Tel: 770.818.0000
Fax: 833.330.3669

www.fmglaw.com

**Travis A. Knobbe**
**Partner**

**D: 678.996.9054**
**C: 470.820.2810**

travis.knobbe@fmglaw.com

September 25, 2024

<u>*Via E-Filing Only*</u>
Honorable Elizabeth A. Pascal
United States Magistrate Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5C
Camden, NJ 08101

   **Re:** **Spiegel, et. al. v. Goldin Auctions, LLC, et. al.**
      **Civil Action No.: 1:23-cv-1202-KMW**
      **Letter Concerning Status of Settlement Conference**

Dear Judge Pascal:

  We write this letter in follow up to the most recent status conference held by this Court on September 17, 2024. It has been reviewed and approved by counsel for the Defendants prior to its filing.

  The parties have conducted the depositions of Steven Spiegel, Alan Spiegel, Ken Goldin, and Chris Carlin. After evaluating the testimony elicited from those depositions and despite good faith efforts by counsel to develop a potential framework for resolution, counsel have determined that a settlement conference would be unproductive at this juncture. As a result, the parties request that this Court set a status conference for the purpose of establishing deadlines to complete remaining discovery and to file dispositive motions.

            FREEMAN MATHIS & GARY, LLP

            */s/ Travis A. Knobbe*

            Travis A. Knobbe

            */s/ William W. Cheney*

            William W. Cheney