IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN SPIEGEL and ALAN SPIEGEL,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDIN AUCTIONS, LLC and KENNETH GOLDIN, et al.,<br><br>Defendants. | Case No. 1:23-cv-01202-KMW-EAP<br><br>Hon. Karen M. Williams<br>Hon. Elizabeth A. Pascal |

### *EAP* [PROPOSED] ORDER REQUIRING VERIZON TO PRODUCE DEFENDANT KEN GOLDIN'S TEXT MESSAGE RECORDS

This matter came before the Court during a status conference scheduled for April 4, 2025. After consideration of the parties' representations, the Court finds as follows:

1. During a status conference on January 31, 2025, Defendants agreed to produce certain of Defendant Ken Goldin's call log records—*i.e.*, records showing phone calls that Mr. Goldin had—for the time periods of May 15, 2021, to July 15, 2021, and December 1, 2022, to January 3, 2023, in response to discovery requests from Plaintiffs.

2. The parties dispute the extent to which Plaintiffs narrowed their discovery requests, including whether Plaintiffs only narrowed the time frame or the scope of the substantive requests, and they also dispute whether the narrowed discovery requests were timely.

3. Without waiving any and all rights to object to the timeliness and burden of Plaintiffs' request for Mr. Goldin's text messages, Defendants have attempted to obtain those text message records from Mr. Goldin's cellphone provider Verizon without success. Most recently, Verizon informed Defendants—through the Verizon Security Assistance Team—that the documents/information Defendants are requesting require a subpoena or court order.

Accordingly, Verizon and/or the Verizon Security Assistance Team is hereby **ORDERED** to produce Mr. Ken Goldin's (Account No. 802246846-00001) text message records—including sender number, recipient number, date, and content of each text message to the extent available—for the time periods of May 15, 2021, to July 15, 2021, and December 1, 2022, to January 3, 2023.

**SO ORDERED.**

_____
The Honorable Elizabeth A. Pascal
United States Magistrate Judge